IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, | * | |
| Plaintiff, | * | |
| v. | * | Case No. RDB-18-1290 |
| WH ADMINISTRATORS, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 26th day of March, 2020 that:

1. Defendants' Motion for Extension of Time (ECF No. 48) is DENIED AS MOOT;

2. Plaintiff's Motion for Summary Judgment (ECF No. 38) is GRANTED;

3. JUDGMENT IS ENTERED in favor of Plaintiff;

4. Defendants shall restore to the WHA Plans all losses the Plans have incurred as a result of their violations of ERISA, in the amount of $28,650,604.00;

5. Defendants shall disgorge profits in the amount of $397,189.00 from impermissible commissions;

6. WH Administrators, Inc., Brendan Turner, and Susanne Sheil are permanently enjoined, individually and collectively, from advertising, promoting, offering, selling, or establishing, directly or indirectly, any welfare plan, as defined under 29 U.S.C. § 1002(1) and 29 C.F.R. § 2510.3-1;

7. WH Administrators, Inc., Brendan Turner, and Susanne Sheil are permanently enjoined, individually and collectively, from acting, serving, holding any position, or performing any duties as a welfare plan administrator, as defined under 29 U.S.C. § 1002(16)(A), or a welfare plan fiduciary, as defined under 29 U.S.C. § 1002(21)(A) or 29 U.S.C. § 1102(a);

8. This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Order;

9. The Clerk of this Court shall CLOSE THIS CASE; and

10. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to Plaintiff's counsel and to Defendants at the following addresses:

> WH Administrators, Inc.
> 2 Bethesda Metro Center, Suite 450
> Bethesda, Maryland 20814
>
> Brendan Turner & Susanne Sheil
> 1931 Biltmore Street, Northwest
> Washington, D.C. 20009

_____
Richard D. Bennett
United States District Judge